IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



ROYAL INDEMNITY COMPANY as
Subrogee of ROUSE POLYMERICS
INTERNATIONAL INC. f/k/a ROUSE
RUBBER INDUSTRIES, INC.

PLAINTIFFS

vs.   CIVIL ACTION NO. 5:05CV00099-DCB-JCS

ASTEC, INC., ASTEC INDUSTRIES, INC.,
HEATEC, INC., SOIL PURIFICATION, INC.,
BRANDON SERVICE COMPANY, INC., and
JOHN DOES 1-14

DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on to be heard this day on the motion *ore tenus* of plaintiffs seeking leave of Court to dismiss with prejudice their claims against Brandon Service Company, Inc. ("BSCI") pursuant to Fed. R. Civ. P. 41(a)(2). Having considered this matter, and noting that these parties have agreed to the dismissal of the claims against BSCI with prejudice, the Court finds the motion is well taken and should be GRANTED.

ACCORDINGLY, IT IS ORDERED that all claims asserted by plaintiffs or that could have been asserted by plaintiffs against defendant BSCI are hereby dismissed with prejudice, each party to bear its own costs, and defendant BSCI is hereby fully and finally dismissed from this lawsuit with prejudice.

IT IS SO ORDERED AND ADJUDGED, this the 13 day of December, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

Agreed to by:

*[signature]*

Lem E. Montgomery III, MB # 100686
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

COUNSEL FOR DEFENDANT BSCI

*[signature]*

David C. Dunbar, MB # 6227
Dunbar Monroe, PLLC

COUNSEL FOR PLAINTIFFS

Jackson 1148154v.1