UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROYAL INDEMNITY COMPANY as
Subrogee of ROUSE POLYMERICS
INTERNATIONAL INC. f/k/a ROUSE
RUBBER INDUSTRIES, INC.                                                   PLAINTIFFS

VS.                                                   CIVIL ACTION NO. 5:05CV00099-DCB-JCS

ASTEC, INC., ASTEC INDUSTRIES, INC.,
HEATEC, INC., SOIL PURIFICATION, INC.,
BRANDON SERVICE COMPANY, INC., and
JOHN DOES 1-14                                                   DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE, having come before the Court on the joint motion *ore tenus* of the parties, for a dismissal with prejudice of all claims herein, and being aware of the premises, the Court finds that it has jurisdiction over the parties and the subject of this matter and that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter is hereby dismissed with prejudice, with each side to bear its own costs.

SO ORDERED, this the 18th day of May, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

**PREPARED BY:**

/s/ David C. Dunbar
David C. Dunbar, Esq.
*Attorney for the Plaintiff*